UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND ET AL.,

        Petitioners,

-against-

M. BHUIYAN CONSTRUCTION CO., INC.,

        Respondent.

22-cv-03022 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The parties are hereby **ORDERED** to file a joint status report on or by **July 28, 2023** advising the Court on the current status of the above-captioned matter.

**SO ORDERED.**

Dated:  July 24, 2023
        New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**