UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND ET AL.,

        Petitioners,

-against-

M. BHUIYAN CONSTRUCTION CO., INC.,

        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/9/2023

22-cv-03022 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of the parties' status letter. ECF No. 16. The parties are hereby **ORDERED** to file a joint status report on or by **September 25, 2023** advising the Court on the status of settlement discussions.

**SO ORDERED.**

Dated:   August 9, 2023
          New York, New York

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**